704 A.2d 1379

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Ernest PORTER, Appellant.**

**No. 166 Capital Appeal Docket.**

Supreme Court of Pennsylvania.

Feb. 20, 1998.

*ORDER*

AND NOW, this 20th day of February, 1998, the Commonwealth's Motion for Summary Disposition is GRANTED and

the February 6, 1997 order of the Court of Common Pleas of Philadelphia County, dismissing Appellant's second Post Conviction Relief Act petition without prejudice, is hereby **AFFIRMED**.